UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ESTRADA-ISLAS,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:22-cv01577-ADA-HBK (SS)<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF JULIE ESTRADA-ISLAS AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>(ECF No. 14) |

      Julie Estrada-Islas and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on March 6, 2023. (ECF No. 14.) They agree that, on remand, "the Appeals Council will remand the case to an Administrative Law Judge (ALJ) to take any necessary action to complete the administrative record, offer Plaintiff a new hearing, re-consider the opinion evidence or record, and issue a new decision." (*Id.* at 1–2.) The parties further stipulate that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. (*Id.* at 2.)

///

///

1

Accordingly,

1. The stipulation of the parties, (ECF No. 14), is granted;

2. The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

3. The Clerk of Court is directed to enter judgment in favor of Julie Estrada-Islas and against Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   March 10, 2023

UNITED STATES DISTRICT JUDGE

2